UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PENNY RAYLENE BRUMBACK,<br><br>            Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting, Commissioner of Social Security,<br><br>            Defendant. | No.  CV-12-0535-CI<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. 405(g) |

BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. 405(g). ECF No. 26. Attorney Donald C. Bell represents Plaintiff; Special Assistant United States Attorney Jeffrey R. McClain represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7. After considering the file,

**IT IS ORDERED:**

1. The parties Motion to Remand, **ECF No. 26,** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), including a de novo hearing and a new decision by the administrative law judge (ALJ). On remand, the ALJ shall further evaluate the opinions of the medical sources, including but not limited to he opinions of Catherine A. MacLennan,

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

Ph.D., Howard Platter, M.D., Patricia Kraft, Ph.D., and Jerry Gardner, Ph.D., and provide adequate rational for either accepting or rejecting these opinions; further evaluate the nature and severity of the claimant's impairments; further evaluate the materiality of the claimant's substance abuse in accordance with Social Security Ruling 13-2p; further evaluate the claimant's residual functional capacity; further evaluate the claimant's credibility; if warranted, obtain testimony from a medical expert; and obtain supplemental vocational expert testimony ensuring that the vocational expert is provided with a hypothetical question that is consistent with the residual functional capacity ultimately found.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 17,** is stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED July 9, 2013.

                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2